461 A.2d 880

1ST Pa Bank N.A. v. Elliott, et ux., Appellants.

Argued December 13, 1982. Geoffrey Graham, for appellants; John A. VanLuvanee, for appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

The order of September 21, 1981 is affirmed.

461 A.2d 880

Lee, Jr., Appellant v. Scotti, et al.

Argued February 22, 1983. Otis Lee, appellant; in propria persona; William J. Ivill, Jr., for appellee.

Before SPAETH, BROSKY and JOHNSON, JJ.

Appeal quashed.